1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
3  Assistant United States Attorney
   Chief, Civil Division
4  ROYA MASSOUMI, CSBN 242697
5  Special Assistant United States Attorney
6         Social Security Administration
           333 Market St., Suite 1500
7          San Francisco, CA  94105
8          Telephone: (415) 977-8957
           Facsimile: (415) 744-0134
9          E-mail: Roya.Massoumi@ssa.gov
10 Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| JOSE LICEA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | CASE NO. ED CV 11-00110 (CJC) RZ<br><br>_____<br><br>**[PROPOSED]**<br>**JUDGMENT OF REMAND** |

The Court ~~having~~ approve~~d~~s the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand").  Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: October 06, 2011

_____
HON. _____
UNITED STATES MAGISTRATE JUDGE